IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:18-CR-364-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JERRY JONES, | ) | |
| | ) | |
| Defendant. | ) | |

This case comes before the court on the defendant's motion (D.E. 76) to seal the document at docket entry 75. For good cause shown based on the facts and reasons stated in the document at docket entry 76, the motion is GRANTED, and the Clerk is DIRECTED to seal the document at docket entry 75 until such time as unsealed by the court.

SO ORDERED, this 17 day of January 2019.

James E. Gates
United States Magistrate Judge