UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-364-D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JERRY JONES | ORDER |

On motion of the Defendant, Jerry Jones, and for good cause shown, it is hereby ORDERED that DE 249 be sealed until further notice by this Court.

Accordingly, it is ORDERED that these documents be filed under seal and to remain so sealed until otherwise ordered by the Court, except that copies may be provided to the Assistant United States Attorney and Counsel for the Defendant.

SO ORDERED, this __4__ day of December, 2020.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE